# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DR. GUNNAR HOLMQUIST, et al., | **Case No.** 2:17-CV-0046-TOR |
| Plaintiffs, | **CIVIL MINUTES** |
| v. | **DATE:** 7/12/2017 |
| UNITED STATES, | **LOCATION:** Spokane |
| Defendant. | **MOTION HEARING** |

| CHIEF JUDGE THOMAS O. RICE | | |
|---|---|---|
| Linda Hansen | LC 01 | Mark Snover |
| **Courtroom Deputy** | **Law Clerk** / **Interpreter** | **Court Reporter** |
| Lindsey Schromen-Wawrin | | Serena M Orloff |
| **Plaintiffs' Counsel** | | **Defendants' Counsel** |

[ X ] Open Court         [  ] Chambers         [  ] Telephonic

All parties present in courtroom.

Motion before the Court:

    [94] Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim

    Lindsey Schromen-Wawrin presented argument
    Serena Orloff argued in support of Defendant's motion
    Mr. Wawrin argued in rebuttal
    The Court questioned Mr. Wawrin

The Court took the matter under advisement and will issue a written order.

| CONVENED: 9:00 AM | ADJOURNED: 9:46 AM | TIME: MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|